UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT TICCONI and CHRISTINE TICCONI,

       Case No. 13-14153

   Plaintiffs,

       Honorable John Corbett O'Meara

v.

MITTELSTAEDT and McNEELY, P.C., and
CHRISTOPHER E. McNEELY,

   Defendants.
                                            /

## ORDER OF PARTIAL DISMISSAL

     Plaintiffs Vincent and Christine Ticconi filed a four-count complaint in this court, alleging the following causes of action: Count I, violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.*; Count II, invasion of privacy by intrusion upon seclusion; Count III, violations of the Michigan Occupational Code; and Count IV, violations of the Michigan Collection Practices Act.

     Although Plaintiffs' cause of action arising under federal law is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations of the complaint are based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

     Therefore, it is hereby **ORDERED** that Counts II, III and IV are **DISMISSED WITHOUT PREJUDICE.**

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: October 22, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, October 22, 2013, using the ECF system.

s/William Barkholz  
Case Manager
